**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

EDWARD J. NICHOLAS,      )
                                 )
           Plaintiff,    )
                                 )    Civil Action No. 07-324 Erie
     v.                     )
                                 )
U.S. DISTRICT JUDGE     )
SEAN J. MCLAUGHLIN, et al.,    )
                                 )
         Defendants.    )

## MEMORANDUM ORDER

This civil rights action was received by the Clerk of Court on November 21, 2007 and was referred to Chief United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 2], filed on January 14, 2008, recommended that Plaintiff's motion for leave to proceed *in forma pauperis* be denied and that his complaint be dismissed without prejudice to Plaintiff's right to pay the filing fee of $350.00 before February 4, 2008. Plaintiff was allowed ten (10) days from the date of service to file objections. The Report and Recommendation was served on Plaintiff in accordance with Fed. R. Civ. P. 5(b)(2)(B) by sending a copy via certified mail to the last address of record provided by Plaintiff. No objections were filed. During a telephonic conference held on February 20, 2008, this Court received information from the Pennsylvania Board of Probation and Parole that Plaintiff is considered to be an absconder with no presently valid address. Accordingly, copies of the Report and Recommendation, and this Memorandum Order, will be designated for Plaintiff and left with the clerk of the court in accordance with Fed. R. Civ. P. 5(b)(2)(C).

AND NOW, this 21st day of February, 2008, after de novo review of the motion and documents in the case, together with the Report and Recommendation,

IT IS HEREBY ORDERED that Plaintiff's motion for leave to proceed *in forma pauperis* is DENIED and his complaint is DISMISSED for failure of Plaintiff to pay the filing fee of $350.00 before February 4, 2008.

The Report and Recommendation [Doc. No. 2] of Magistrate Judge Baxter, filed on January 14, 2008, is adopted as the opinion of the Court.


s/  Sean J. McLaughlin
Sean J. McLaughlin
United States District Judge


cm:    All parties of record
Susan Paradise Baxter, Chief U.S. Magistrate Judge